FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN -3  PM 4: 50

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

United States of America )
v. )
Andrew Webb )  Case No: 1:00CR00066-1
 )  USM No: 06922-021

Date of Original Judgment: March 14, 2002 )  Chuck R. Pardue
Date of Previous Amended Judgment: April 4, 2012 )  Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated March 14, 2002, shall remain in effect.
**IT IS SO ORDERED.**
Order Date: June 3, 2015

_____
Judge's signature

Effective Date: November 1, 2015          Dudley H. Bowen, Jr.
*(if different from order date)*          United States District Judge
                                          *Printed name and title*