FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB 10 AM 10: 39
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 100-066 |
| | * | |
| ANDREW WEBB | * | |

# O R D E R

On June 3, 2015, this Court denied Defendant Andrew Webb's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 to the United States Sentencing Guidelines. The Court determined that Defendant was not eligible for a reduction because he was sentenced as a career offender. Defendant appealed that Order. On July 20, 2016, the Eleventh Circuit Court of Appeals dismissed the appeal for want of prosecution. (See Doc. no. 139.)

Presently, Defendant has filed a motion to reconsider the Order of June 3, 2015, claiming that he was not aware at the time of his guilty plea that he would be sentenced as a career offender. Defendant's current argument is an attack on the legality of his conviction. That is, Defendant claims, in essence, that his guilty plea was not knowing and voluntary. The proper vehicle through which to attack the legality of a conviction or sentence is a motion to vacate, set aside or

correct sentence under 28 U.S.C. § 2255. Defendant, however, has already filed a § 2255 motion. In order for him to bring another § 2255 motion, he would have to move the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider a second or successive § 2255 motion. See 28 U.S.C. §§ 2255, 2244(b)(3). Because Defendant has not acquired the necessary authorization to bring a successive § 2255 motion, this Court may not consider the merits of his pending motion.

Upon the foregoing, Defendant's motion for reconsideration (doc. no. 140) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE